# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Lucas Gordon Selix-Segers<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-mj-00055<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 9, 2024, to present in the county of Washington in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 18 U.S.C. § 924(c) | Possession of a Firearm in furtherance of a Drug Trafficking Offense |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

By Phone
*Complainant's signature*

SA Nathan Visconti, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:00 a.m./p.m.

Date: 03/07/2025

/s/ Jolie A. Russo
*Judge's signature*

City and state: Portland, Oregon

Jolie A. Russo, United States Magistrate Judge
*Printed name and title*